Matter of Yamner (2023 NY Slip Op 05572)

Matter of Yamner

2023 NY Slip Op 05572

Decided on November 2, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:November 2, 2023

PM-244-23
[*1]In the Matter of Morris Yamner, an Attorney. (Attorney Registration No. 1842707.)

Calendar Date:October 30, 2023

Before:Garry, P.J., Egan Jr., Clark, Aarons and McShan, JJ.

Morris Yamner, Clifton, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Morris Yamner was admitted to practice by this Court in 1983 and lists a business address in Newark, New Jersey with the Office of Court Administration. Yamner now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it opposes Yamner's application based on omissions made within same.
Upon reading Yamner's affidavit sworn to August 8, 2023 and filed September 12, 2023, supplemental filings by Yamner of October 18, 2023 and October 26, 2023, and upon reading the October 16, 2023 and October 25, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Yamner is eligible to resign for nondisciplinary reasons, we grant his application and accept his resignation.

Garry, P.J., Egan Jr., Clark, Aarons and McShan, JJ., concur.
ORDERED that Morris Yamner's application for permission to resign is granted and his nondisciplinary resignation is accepted; and it is further
ORDERED that Morris Yamner's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Morris Yamner is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Yamner is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold himself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Morris Yamner shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to him.